# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 20, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Michael Paul Ralston
v. Texas
No. 14-9869
(Your No. WR-58,642-06)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 11, 2015 and placed on the docket May 20, 2015 as No. 14-9869.

Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk